UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE FRANCISCO MENDOZA,
  a/k/a "Jose Vidales-Mendoza,"
  a/k/a "Juan Carlos Flores,"
  a/k/a "Pepe,"
FRANCISCO AMBRIZ, JR.,
  a/k/a "Pee Wee,"
ALBA NAZARIO,
  a/k/a "La Flaca,"
  a/k/a "Geovany,"
JEIMY ORTIZ,
EMERSON GUZMAN,
  a/k/a "Flaco,"
  a/k/a "Charlie,"
ELVIS TEJADA,
ROSALY GARCIA-GUZMAN,
  a/k/a "Charlie,"
  a/k/a "Shally,"
CANDIDO RAFAEL FERNANDEZ,
  a/k/a "Ralphie,"
CESAR ESTEVEZ,
  a/k/a "Boli,"
  a/k/a "Bolivita,"

        Defendants.

- - - - - - - - - - - - - - - - x

APPLICATION AND
UNSEALING ORDER

S1 07 Cr. 756



      The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

          MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York

By: _____
          Rua M. Kelly
          Assistant United States Attorney
          Southern District of New York
          (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       August __, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293