UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 07 Cr. 756 (RJS) |
| -against- | : | (filed electronically) |
| FRANCISCO AMBRIZ, JR., | : | NOTICE OF ERRATA |
| Defendant. | : | |

-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that the Notice of Motion for Admission *Pro Hac Vice* filed November 13, 2007, in the above-captioned matter contains an error. The Notice of Motion should seek an order admitting ROBERT L. RASCIA and OLIVIA C. HUBEL *pro hac vice* as counsel of record for defendant FRANCISCO AMBRIZ, JR., not MARCO VALVERDE-SOLANO.

Dated: 14 November 2007
       New York, New York

                                        Respectfully submitted,

                                        _____s/_____
                                        Joshua L. Dratel (JD4037)
                                        LAW OFFICES OF JOSHUA L. DRATEL, P.C.
                                        2 Wall Street, 3rd Floor
                                        New York, New York 10005
                                        (212) 732-0707

                                        *Attorneys for defendant Francisco Ambriz, Jr.*

To:   THE HON. RICHARD J. SULLIVAN
      ALL COUNSEL (by ECF)