AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 Cr. 756 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Francisco Ambriz Jr.

I certify that I am admitted to practice in this court.

| 11/15/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Joshua L. Dratel | JD4037 |
| | Print Name | Bar Number |
| | 2 Wall Street, 3d Floor | |
| | Address | |
| | New York | NY | 10005 |
| | City | State | Zip Code |
| | (212) 732-0707 | (212) 571-3792 |
| | Phone Number | Fax Number |