SCANNED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 07 Cr. 756 (RJS) |
| -against- | : | |
| FRANCISCO AMBRIZ, JR., | : | NOTICE OF MOTION FOR ADMISSION |
| Defendant. | : | *PRO HAC VICE* |

------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., and the Exhibits thereto, the defendant FRANCISCO AMBRIZ, JR., will move before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as he may be heard, for an order admitting ROBERT L. RASCIA and OLIVIA C. HUBEL *pro hac vice* as counsel of record for defendant MARCO VALVERDE-SOLANO.

Dated: 13 November 2007
       New York, New York

                              Respectfully submitted,

                              _____
                              Joshua L. Dratel
                              LAW OFFICES OF JOSHUA L. DRATEL, P.C.
                              2 Wall Street, 3rd Floor
                              New York, New York 10005
                              (212) 732-0707

                              *Attorneys for defendant Francisco Ambriz, Jr.*

To:   THE HON. RICHARD J. SULLIVAN

      ALL COUNSEL (by ECF)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA         :
                                 Docket No. 07 Cr. 756 (RJS)
        -against-                :

FRANCISCO AMBRIZ, JR.,           :   DECLARATION IN SUPPORT OF
                                     MOTION FOR ADMISSION
                Defendant.       :   *PRO HAC VICE*

------------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

    1. I am an attorney in good standing admitted to practice before this Court, and along with ROBERT L. RASCIA and OLIVIA C. HUBEL, I represent defendant FRANCISCO AMBRIZ, JR. in the above-captioned case. I make this Declaration in support of the motion to admit ROBERT L. RASCIA and OLIVIA C. HUBEL, *pro hac vice* pursuant to Local Rule 1.3(c).

    2. I have known Mr. Rascia since August of 2003.

    3. Mr. Rascia is currently a founding partner at The Law Offices of Rascia and DeCastro and is a member in good standing of the Bar of the State of Illinois. A copy of his Certificate of Admission to the Bar of Illinois is attached hereto as Exhibit 1.

    4. Mr. Rascia is also eligible to practice in the following courts: Supreme Court of the United States of America; United States Court of Appeals, Fifth, Sixth and Seventh Circuit;

1

United States District Court, Northern District of Illinois, Western District of Michigan, Central District of Illinois, Eastern District of Wisconsin, Western District of Texas; Northern District of Indiana, and Eastern District of Michigan. There are no pending disciplinary proceedings against ROBERT L. RASCIA in any State or Federal Court.

5. I have found Mr. Rascia to be a skilled attorney and a person of integrity. Mr. Robert L. Rascia is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. I have known OLIVIA C. HUBEL since November of 2007.

7. Ms. Hubel is currently an associate at The Law Offices of Rascia and DeCastro and is a member in good standing of the Bar of the State of Illinois. A copy of her Certificate of Admission to the Bar of Illinois is attached hereto as Exhibit 2.

8. Ms. Hubel has also been admitted to the General Bar for the United States District Court for the Northern District of Illinois. There are no pending disciplinary proceedings against OLIVIA C. HUBEL in any State or Federal Court.

9. I have found Ms. Hubel to be a skilled attorney and a person of integrity. She will be assisting Mr. Robert L. Rascia in this matter, who is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

10. A copy of the proposed order admitting Mr. Rascia and Ms. Hubel *pro hac vice* is attached hereto as Exhibit 3.

////

////

////

////

WHEREFORE, it is respectfully requested that the Court grant the motion for admission *pro hac vice* in its entirety.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. Executed November 13, 2007.

_____
JOSHUA L. DRATEL

## CERTIFICATE OF SERVICE

Erik B. Levin, being duly sworn: I am not a party to the action, am over 18 years of age and employed by Joshua L. Dratel, P.C., 2 Wall Street, 3rd Floor, New York, New York 10005. On November 13, 2007, I served a true copy of the annexed *Notice of Motion and Motion For Admission* Pro Hac Vice, by causing the same to be mailed to the persons at the addresses indicated below:

Ellyn I. Bank
225 Broadway
Suite 715
New York, NY 10017

Martine M. Beamon
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

John F.X. Burke
26 Court Street
Suite 1215
Brooklyn, NY 11242

Marshall Alan Camp
United States Attorney, Southern District
New York
One Saint Andrew's Plaza
New York, NY 10007

Kathryn Mary Carney Cole
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Rua M. Kelly
United States Attorney, Southern District
New York
One Saint Andrew's Plaza
New York, NY 10007

Ramon Anthony Pagan, Jr.
Law Office of Ramon W. Pagan
2116 Williamsbridge Road
New York, NY 10461-1598

Roger J. Schwartz
555 Fifth Avenue
14th Floor
New York, NY 10174

Barry Ross Goldberg
Goldberg & Kaplan, LLP
11 Park Place, Suite 903
New York, NY 100007

Allan Paul Haber
Law Office of Allan P. Haber
111 Broadway
Suite 701
New York, NY 10006

Daniel Nobel
401 Broadway, 25th Floor
New York, NY 10013

_____
Erik B. Levin

Sworn to before me on the
13th day of November, 2007

_____

STEVEN D. WRIGHT
NOTARY PUBLIC, State of New York
No. 01WR6018067
Qualified in New York County
Commission Expires Dec. 28, 2010

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert Louis Rascia

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 5, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 31, 2007.

*Juleann Hornyak*
Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Olivia Christine Hubel

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 31, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,         )
                                  )
Plaintiff,                        )
                                  )
                                  ) No.: 07 CR 00756-RJS-2
vs.                               )
                                  )
FRANCISCO AMBRIZ, JR.,            )
                                  )
Defendant.                        )

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Joshua Dratel, attorneys for the defendant Fransisco Ambriz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Robert L. Rascia
The Law Offices of Rascia and deCastro
61 W. Superior
Chicago, Illinois 60610
Phone:    312.994.9100
Facsimile: 312.994.9105
rrascia@rascia-decastro.com

and

Olivia C. Hubel
The Law Offices of Rascia and deCastro
61 W. Superior
Chicago, Illinois 60610
Phone:    312.994.9100
Facsimile: 312.994.9105
ohubel@rascia-decastro.com

are admitted to practice pro hac vice as counsel for the defendant, Fransisco Ambriz, in the above captioned case in the United States District Court for the southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

RASCIA & DeCASTRO, LTD.

ATTORNEYS AT LAW
61 W. SUPERIOR STREET
CHICAGO, IL 60610
(312) 994-9100

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

City State:

_____
Honorable Richard J. Sullivan
United States District Judge

RASCIA & DECASTRO, LTD.

ATTORNEYS AT LAW
61 W. SUPERIOR STREET
CHICAGO, IL 60610
(312) 994-9100