**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,          )
                                   )
Plaintiff,                         )
                                   )
vs.                                ) No.: 07 CR 00756-RJS-2
                                   )
FRANCISCO AMBRIZ, JR.,             )
                                   )
Defendant.                         )

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Joshua Dratel, attorneys for the defendant Fransisco Ambriz, and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Robert L. Rascia
The Law Offices of Rascia and deCastro
61 W. Superior
Chicago, Illinois 60610
Phone:      312.994.9100
Facsimile: 312.994.9105
rrascia@rascia-decastro.com

and

Olivia C. Hubel
The Law Offices of Rascia and deCastro
61 W. Superior
Chicago, Illinois 60610
Phone:      312.994.9100
Facsimile:  312.994.9105
ohubel@rascia-decastro.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/07

are admitted to practice pro hac vice as counsel for the defendant, Fransisco Ambriz, in the

above captioned case in the United States District Court for the southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

RASCIA & DECASTRO,LTD

ATTORNEYS AT LAW
61 W. SUPERIOR STREET
CHICAGO, IL 60610
(312)991-9100

including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  11/20/07

City State:  NY, NY

Honorable Richard J. Sullivan
United States District Judge