```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
                                   :
UNITED STATES OF AMERICA           :
                                   :
     - v. -                        :           ECF CASE
                                   :
JOSE MANUEL CARRANZA-IBANEZ,       :    NOTICE OF APPEARANCE AND
    a/k/a "Little Joe,"            :    REQUEST FOR ELECTRONIC
    a/k/a "Khaki,"                 :           NOTIFICATION
JOSE FRANCISCO MENDOZA,            :
    a/k/a "Jose Vidales-Mendoza,   :       S2 07 Cr. 756 (RJS)
    a/k/a "Juan Carlos Flores,"    :
    a/k/a "Pepe,"                  :
FRANCISCO AMBRIZ, JR.,             :
    a/k/a "Pee Wee,"               :
ALBA NAZARIO,                      :
    a/k/a "La Flaca,"              :
    a/k/a "Geovany,"               :
JEIMY ORTIZ,                       :
EMERSON GUZMAN,                    :
    a/k/a "Flaco,"                 :
    a/k/a "Charlie,"               :
ELVIS TEJADA,                      :
ROSALY GARCIA-GUZMAN,              :
    a/k/a "Charlie,"               :
    a/k/a "Shally,"                :
CANDIDO RAFAEL-FERNANDEZ,          :
    a/k/a "Ralphie,"               :
CESAR ESTEVEZ,                     :
    a/k/a "Boli,"                  :
    a/k/a "Bolivita,"              :
DEONDRAY KING,                     :
    a/k/a "Deandre King,"          :
    a/k/a "Andre King,"            :
    a/k/a "Champion,"              :
    a/k/a "Champ,"                 :
                                   :
          Defendants.              :
                                   :
- - - - - - - - - - - - - - - - -  x

TO:   Clerk of Court
      United States District Court
      Southern District of New York
```

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

>Respectfully submitted,
>
>MICHAEL J. GARCIA
>United States Attorney for the
>  Southern District of New York
>
>by: /s/ Jenna M. Dabbs
>Jenna M. Dabbs
>Assistant United States Attorney
>Tel: (212) 637-2212
>Fax: (212) 637-2387